UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
MUSIC AND ENTERTAINMENT RIGHTS                                    :
LICENSING INDEPENDENT NETWORK LIMITED,                            :    25-CV-02560 (JAV) (GS)
                                                                  :
                     Plaintiff,                                          :    <u>ORDER SCHEDULING</u>
                                                                  :    <u>DEFAULT JUDGMENT</u>
      -v-                                                         :    <u>BRIEFING AND HEARING</u>
                                                                  :    <u>ON THE DEFAULT</u>
TRILLER GROUP INC.; TRILLER HOLD CO LLC;                          :    <u>JUDGMENT MOTION</u>
and DOES 1-10,                                                    :
                                                                  :
                     Defendant.                                          :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      On **September 10, 2025**, Plaintiff filed a motion for a default judgment as to Defendant Triller Group, Inc. ("Defendant") under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b).  *See* ECF No. 20.

      It is hereby ORDERED that Defendant shall file any opposition to the motion for default judgment by **October 22, 2025**.  Defendant is cautioned that corporate entities may appear in federal court only through licensed counsel, *see Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007), and where such an entity "repeatedly fails to appear by counsel, a default judgment may be entered against it," *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006) (internal quotation marks omitted).

      It is further ORDERED that Defendant appear for a hearing on the default judgment motion before this Court on **November 10, 2025**, at **11:00am**, as to why an order should not be issued granting a default judgment against Defendant.  No later than Thursday the week prior to the conference date, Plaintiff must file the proposed default judgment order electronically, using the ECF Filing Event "Proposed Default Judgment," for the Clerk's approval.  In the event that

Defendant appears or opposes the motion for default judgment prior to that date, the parties shall prepare to treat that conference as the initial pretrial conference.

It is further ORDERED that, **within one business day of the date of this Order**, Plaintiff serve Defendant via overnight courier with (1) a copy of the motion for default judgment and all supporting papers; and (2) a copy of this Order. Within **two business days of service,** Plaintiff must file proof of such service on the docket.

SO ORDERED.

Dated: September 26, 2025
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge