

## MITCHELL SILBERBERG & KNUPP LLP
### A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Bradley J. Mullins
Partner, through his professional corporation
(310) 312-3232 Phone
(310) 231-8432 Fax
bym@msk.com

October 15, 2025

**VIA ECF**

Hon. Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

**MEMO ENDORSED**

Re:    **Music and Entertainment Rights Licensing Independent Network Limited v. Triller Group Inc., et al.., 1:25-cv-02560 (JAV); Letter Motion to Adjourn Hearing on Default Judgment Motion**

Dear Judge Vargas:

We are counsel for plaintiff Music and Entertainment Rights Licensing Independent Network Limited ("Merlin") in the above-referenced action.  In accordance with Section 3(E )of Your Honor's Individual Rules, we respectfully submit this letter to request that the Court adjourn the hearing set by the Court in its Order dated September 26, 2025 (Doc. 22) on Merlin's pending motion for default judgment (the "Hearing").

The Hearing is currently set for November 10, 2025 at 11:00 a.m., and Merlin respectfully requests that the Hearing be adjourned by one week, to November 17, 2025 at 11:00 a.m., or at a different time suitable for the Court.  The undersigned counsel is scheduled to be in California on firm business through the evening of November 9, 2025, which renders it difficult to be in New York in time for the presently scheduled Hearing.

There have been no previous request for adjournment of the Hearing, and no prior requests have been granted or denied.

As the Defendants have not appeared in this action, it is unknown whether Defendants consent to this request.

The next scheduled appearance before the Court is the Hearing, which is the subject of this Request.  The requested adjournment does not impact any other scheduled dates in this Action.

2049 Century Park East, 18th Floor, Los Angeles, California 90067-3120
Phone:  (310) 312-2000  Fax:  (310) 312-3100  Website: WWW.MSK.COM

21113822.1



Hon. Jeannette A. Vargas
October 15, 2025
Page 2

We thank the Court for its attention to this matter

Sincerely,

Bradley J. Mullins of
MITCHELL SILBERBERG & KNUPP LLP

BJM/eam

Plaintiff's request for an adjournment of the hearing on the motion for default judgment is GRANTED. The hearing previously scheduled for November 10, 2025, is adjourned to November 17, 2025, at 11:30am.

SO ORDERED.
Dated: October 17, 2025

_____
JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE

21113822.1