IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MUSIC AND ENTERTAINMENT RIGHTS
LICENSING INDEPENDENT NETWORK
LIMITED,

           Plaintiff(s)

v.

TRILLER GROUP INC.; TRILLER HOLD CO
LLC; and DOES 1-10,,

           Defendant(s)

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT TRILLER HOLD CO LLC PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Case No.: 1:25 Civ. 02560 (JAV)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Music and Entertainment Rights Licensing Independent Network Limited and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, solely as against defendant Triller Hold Co LLC.

Date: September 10, 2025

/s/ Bradley J. Mullins
*Signature of plaintiffs or plaintiff's counsel*
Bradley J. Mullins
Mitchell Silberberg & Knupp LLP
2049 Century Park E, 18th Floor
*Address*

Los Angeles, CA 90067
*City, State & Zip Code*

(310) 312-2000
*Telephone Number*

The Clerk of Court is directed to not close this case.

SO ORDERED:

*/s/ Jeannette Vargas*
The Honorable Jeannette A. Vargas
United States District Judge
Dated: October 17, 2025

210022042.2

American LegalNet, Inc.
www.FormsWorkflow.com