UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
MUSIC AND ENTERTAINMENT RIGHTS :
LICENSING INDEPENDENT NETOWRK LIMITED, :
:
                    Plaintiff, :      25-CV-02560 (JAV)
:
     -v- :      ORDER
:
TRILLER GROUP INC. and DOES 1-10, :
:
                    Defendants. :
:
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

     Plaintiff is **ORDERED** to serve Defendant Triller Group Inc. with the Court's Order dated October 17, 2025 (ECF No. 27) via email and overnight courier mail to Defendant's last known address. Plaintiff is **FURTHER ORDERED** to file proof of service on the docket no later than **November 10, 2025**.

     SO ORDERED.

Dated: November 7, 2025
       New York, New York
                                                             JEANNETTE A. VARGAS
                                                             United States District Judge