UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                    :
MUSIC AND ENTERTAINMENT RIGHTS         :
LICENSING INDEPENDENT NETWORK LIMITED,  :
                                                    :
                Plaintiff,          :         25-CV-02560 (JAV)
                              :
         -v-                    :         <u>ORDER</u>
                              :
TRILLER GROUP INC. and DOES 1-10,         :
                              :
                Defendants.      :
                              :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      For the reasons set forth in the oral opinion delivered at the hearing held on November 17, 2025, Plaintiff's Motion for Default Judgment is GRANTED.

      The Clerk of Court is directed to enter judgment against Triller Group Inc. in the amount of $2,550,000. Furthermore, Plaintiff is awarded $667,636.36 in pre-judgment interest, costs of $717.05, and post-judgment interest as provided in 28 U.S.C. § 1961(a).

      The Clerk of Court is respectfully directed to close the case and terminate all pending motions.

      SO ORDERED.

Dated: November 17, 2025
      New York, New York                            _____
                                                            JEANNETTE A. VARGAS
                                                            United States District Judge