**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
MUSIC AND ENTERTAINMENT RIGHTS
LICENSING INDEPENDENT NETWORK
LIMITED,

Plaintiff,

25 <b>CIVIL</b> 2560 (JAV)

-against-                    <b><u>DEFAULT JUDGMENT</u></b>

TRILLER GROUP INC. and DOES 1-10,

Defendants.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated

in the Court's Opinion and Order dated November 17, 2025, Plaintiff's Motion for Default

Judgment is GRANTED in the amount of $2,550,000; Furthermore, Plaintiff is

awarded $667,636.36 in pre-judgment interest, costs of $717.05, and post-judgment interest as

provided in 28 U.S.C. § 1961(a), and the case is closed.

**DATED**: New York, New York
          July 9, 2026

**TAMMI M. HELLWIG**
_____
**Clerk of Court**

BY: _____
**Deputy Clerk**
